**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
CARL MICHAEL JOHNSON,
                Plaintiff,

-against-

POLICE OFFICER JOSEPH TUDISCO, POLICE
OFFICER MATTHEW DICEMBRI, SGT.
ANTHONY VICARETTI,
                Defendants.
-----------------------------------------------------------X



17 **CIVIL** 8621 (NSR)

# JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated January 21, 2020, Defendants' motion to dismiss the Second Amended Complaint is GRANTED in its entirety without leave to replead; accordingly, the case is closed.

**Dated:** New York, New York
         January 22, 2020

                                               **RUBY J. KRAJICK**
                                                 **Clerk of Court**
            **BY:**
                                                 **Deputy Clerk**